# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | |
| v. ) | Record No. 16-4796 |
| ) | |
| MATTHEW HIGHTOWER ) | |
| ) | |
| Defendant-Appellant ) | |

## APPELLANT'S MOTION FOR LEAVE
## TO FILE OVERSIZED JOINT APPENDIX

Now comes the appellant's Court-appointed counsel and moves this Court for permission to file an oversized appendix. In support of this motion, the appellant states as follows:

1. The joint appendix is oversized because it includes part of the trial transcript.

2. The joint appendix contains 2,305 pages, including cover and tables. It includes only materials essential to the Court's evaluation of the issues.

The undersigned counsel has been authorized to represent that counsel for the United States does not oppose the filing of the oversized joint appendix.

WHEREFORE, the appellant respectfully requests permission to file an oversized joint appendix.

Respectfully submitted,

/s/ Erek L. Barron

_____
Erek L. Barron

Erek L. Barron
Whiteford, Taylor & Preston LLP.
7501 Wisconsin Avenue, Suite700W
Bethesda, MD 20814
Telephone: 301-804-3613
Facsimile: 301-215-6359
Email: ebarron@wtplaw.com
Counsel for the Appellant

## CERTIFICATE OF FILING AND SERVICE

  I hereby certify that on this 27th day of July, 2017, I caused the Appellant's Motion for Leave to File an Oversized Joint Appendix to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

  Sandra Wilkinson
  Aaron Simcha Jon Zelinsky
  Office of the U.S. Attorney
  36 South Charles Street, 4th Floor
  Baltimore, MD 21201
  (410) 209-4921


                /s/ Erek L. Barron
                _____
                *Counsel for the Appellant*